

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00279-CR

Filiberto **SIERRA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR8109
Honorable Mary D. Roman, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 17, 2015.

_____
Patricia O. Alvarez, Justice